Form oscmsdoc – oscmissdocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

              Case No.:  18−28975−MBK
              Chapter:  13
              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ethel Massaquoi
    fka Ethel Sonpon
    1039 Prospect Street
    Ewing, NJ 08638

Social Security No.:
    xxx−xx−8543

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO FILE DOCUMENTS**

☑      The Court having noted that the debtor filed a petition on September 24, 2018, and did not file the following documents:

    Ch. 13 Plan and Motions (LOCAL FORM)

☐      The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

    It is hereby

    ORDERED that the above document(s) must be received by the Clerk on or before 10/9/18 or the case will be dismissed.

    If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 10/9/18.

    If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: October 24, 2018
Time: 10:00 A.M.
Location: Courtroom 8
Address:    Clarkson S. Fisher Courthouse
              402 East State Street
              Trenton, NJ 08608−1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: September 25, 2018
JAN: vpm

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-28975-MBK
Ethel Massaquoi                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1                  Date Rcvd: Sep 25, 2018
                              Form ID: oscmsdoc          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db             +Ethel Massaquoi,    1039 Prospect Street,    Ewing, NJ 08638-4812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 23:47:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                            Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Chinemerem N. Njoku    on behalf of Debtor Ethel   Massaquoi njokulaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3