Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–28975–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ethel Massaquoi
fka Ethel Sonpon
1039 Prospect Street
Ewing, NJ 08638

Social Security No.:
xxx–xx–8543

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    11/27/18
Time:                    10:00 AM
Location:                Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 10, 2018
JAN: vpm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-28975-MBK
Ethel Massaquoi                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Oct 10, 2018
                             Form ID: 132          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db            +Ethel Massaquoi,    1039 Prospect Street,    Ewing, NJ 08638-4812
517773534      Amalgamated Bank,    P.O. Box 68090,    Trenton, NJ 08638
517773535     +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
517773540     +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,   Gibbsboro, NJ 08026-1191
517773542     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 00:59:28     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 00:59:23     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517773536      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 11 2018 00:58:52     Ditech,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
517773537      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 01:03:48      LVNV Funding LLC,
                 P.O. Box 1269,   Greenville, SC 29602-1269
517773539       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 01:03:31
                 Portfolio Recovery Assoc.,    120 Corporate Blvd,    Suite 1,   Norfolk, VA 23502
517773538       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 01:05:26
                 Portfolio Recovery Assoc.,    120 Corporate BLVD,    Suite 1,   Norfolk, VA 233502
517775285      +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 01:05:08      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517773541      +E-mail/Text: bankruptcydepartment@tsico.com Oct 11 2018 01:00:20     Transworld System Inc.,
                 500 Virginia Drive,    Suite 514,   Fort Washington, PA 19034-2707
                                                                                   TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Albert  Russo   docs@russotrustee.com
              Chinemerem N. Njoku    on behalf of Debtor Ethel  Massaquoi njokulaw@gmail.com
              Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 4