UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ethel Massauoi

Case No.: _____18-28975_____

Chapter: _____13_____

Judge: _____Michael B. Kaplan_____

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: __Joseph M. Shapiro, Esq._____

This will confirm that on _____10/2/2018_____ the following document(s) was filed by you.

☒    Amendment to Schedule(s)  I_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 10/10/2018                                                              Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Ethel Massaquoi  
    Debtor

Case No. 18-28975-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 10, 2018  
                                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.  
db          +Ethel Massaquoi,    1039 Prospect Street,    Ewing, NJ 08638-4812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Chinemerem N. Njoku    on behalf of Debtor Ethel   Massaquoi njokulaw@gmail.com  
           Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 4